serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

**Robin McGLASSON, f/k/a Robin Haden, Respondent,**

v.

**Lester HADEN, Appellant.**

**No. 72808.**

Missouri Court of Appeals, Eastern District, Division One.

May 19, 1998.

Charles E. Stine, Jr., Hannibal, for appellant.

Jeffrey R. Curl, Clayton, Curl & Clayton, St. Louis, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Lester Haden ("father"), appeals the judgment entered by the Circuit Court of Marion County granting respondent's, Robin McGlasson's ("mother"), motion to modify the parties' decree of dissolution by increasing father's child support obligation.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. As an extended opinion would

**Kenneth BROWN, Employee/Respondent,**

v.

**WHITTAKER CONSTRUCTION, INC., Employer/Appellant.**

**No. 73474.**

Missouri Court of Appeals, Eastern District, Division Two.

May 19, 1998.

Thomas B. Tobin, St. Louis, for appellant.

Francis H. Kennedy, St. Louis, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

Employer, Whittaker Construction Co., appeals from a workers' compensation award issued by the Labor and Industrial Relations Commission.

The order of the Labor and Industrial Relations Commission is supported by competent and substantial evidence on the whole record. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm the order of the Labor and Industrial Relations Commission pursuant to Rule 84.16(b).